## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 294 EAL 2015

:

Respondent   :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.   :

:

:

:

DARLENE G. RILEY,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.